No. 67902.—Weiss & Biheller Mdse. Corp. *v.* United States, protest 62/17180 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 23, 1963

No. 67903.—J. Gerber & Co., Inc. *v.* United States, protest 61/49 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

No. 67904.—Compass Instrument & Optical Co., Inc., et al. *v.* United States, protests 276359–K, etc.   (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiffs was sustained.